In the Matter of the Arbitration between BELLE ROBINSON, Appellant, and BARNETT ROBINSON, Respondent.

Submitted November 25, 1946; decided January 9, 1947.

*James J. Regan* for appellant.
*Irving D. Lipkowitz, William H. Lewis* and *David Kugel* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division on the authority of *Matter of Luttinger* (294 N. Y. 855). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.